# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Aljuan C. Hixon,                                       Civil No. 06- 1548 (RHK/JSM)

        Plaintiff,

   v.

                                        **ORDER FOR**
City of Golden Valley, Dennis Arons,     **PARTIAL DISMISSAL**
Mario Hernandez, David Kuhnly, and
Christine McCarville,

        Defendants.

_____

      **IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties,

Count XI of Plaintiff's Amended Complaint in the above-captioned matter be and

hereby is **DISMISSED WITH PREJUDICE** without further costs, disbursements

or attorneys' fees to either party.

Dated:  May 1, 2007

                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge