# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Aljuan C. Hixon,                           Civil No. 06-1548 (RHK/JSM)

    Plaintiff,`                           **ORDER**

  v.

City of Golden Valley, Dennis Arons,
Mario Hernandez, David Kuhnly, and
Christine McCarville,

    Defendants.

_____

No good cause (in fact no cause) having been shown for the requested amendment of this Court's June 29, 2007 scheduling Order,1 said request (Doc. No. 53) is DENIED.

Dated:  August 1, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge

---

     1 Any amendment would also "amend" the June 6, 2006, Pretrial Scheduling Order, which required completion of all discovery (including expert witness discovery and reports) by March 1, 2007.