## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Aljuan C. Hixon,

                      Plaintiff,

                                                      Civil No. 06-1548 (RHK/JSM)

v.                                                      **ORDER**

City of Golden Valley, *et al.*,

                      Defendants.

For the reasons set forth on the record at the pre-trial conferences held on August 28, 2007, and September 4, 2007, **IT IS ORDERED** as follows:

    1.      Plaintiff's Motion in Limine to Exclude IRS and Tax-Related Documents (Doc. No. 61) is **CONDITIONALLY GRANTED**;

    2.      Defendants' Motion in Limine to Exclude Expert Testimony (Doc. No. 69) is **DENIED**;

    3.      Defendants' Motion in Limine to Exclude Medical Records (Doc. No. 72) is **DENIED**;

    4.      Defendants' Motion in Limine to Exclude Prior Complaints (Doc. No. 74) is **GRANTED**;

    5.      Plaintiff's Motion in Limine to Exclude Reference to Plaintiff's Arrest as Lawful (Doc. No. 98) is **GRANTED**;

    6.      Plaintiff's Motion in Limine for Admission of Independent Medical

Examination of Dr. Cris Johnston (Doc. No. 99) is **GRANTED IN PART** and **DENIED IN PART** as follows: Plaintiff will be permitted to elicit testimony concerning Dr. Johnston's report, but will not be permitted to offer the report into evidence; and

7.  Defendants' Objections to Plaintiff's Amended Exhibit List (Doc. No. 97) are **SUSTAINED IN PART** and **OVERRULED IN PART** as follows: the Objections are **SUSTAINED** as to Exhibits 11, 13, 14, 17, 20, 21, 31, 33, 35, 39, and 43, and are **OVERRULED** as to Exhibits 1, 6, 10, 12, 22, 23 (with redaction), 29, 30 (with redaction), 32 (with redaction), 34 (with redaction), 36 (with redaction), 37 (with redaction), 38 (with redaction), 40, 41, and 42.[1]

Dated: September  5 , 2007               s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge

---

[1] Defendants' Objections to Plaintiff's original Exhibit List (Doc. No. 79) are **OVERRULED** as moot.