If we answered "No" to excessive force of a defendant. Can that defendant still be charged with punitive damages?

[signature redacted]

9-12-07

1:35 pm

#4

On page 17 of Jury Instructions, item #3 states we are to consider the defendants financial condition....

~~Does this mean the defendant~~

~~Do you~~ Why do we need to consider defendants finacial condition? We don't have information on his financial condition.



9-12-07

1:30pm

TO THE JURY:

In response to your first question, if you answer "No" to the question of excessive force to a given Defendant, then you cannot award compensatory or punitive damages against that Defendant.

In response to your second question, Jury Instruction No. 11 sets forth various factors for you to consider in determining the amount of punitive damages to award. It is up to you to determine, based on the evidence, what weight, if any, to give to each of those factors.

_____
RICHARD H. KYLE

Hixon v. City of Golden Valley
CV -06-1548 (RHK|JSM)