UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aljuan C. Hixon,

      Plaintiff,

              Civil No. 06-1548 (RHK/JSM)

v.              **ORDER**

City of Golden Valley, *et al.*,

      Defendants.

---

   This matter is before the Court *sua sponte*. Plaintiff Aljuan Hixon recently filed a Motion for Attorneys' Fees and Costs (Doc. No. 139), to which Defendants Mario Hernandez and the City of Golden Valley have filed an Opposition. In addition, Hernandez and the City have filed a Motion for New Trial or, in the Alternative, Remittitur (Doc. No. 146). In light of the foregoing, **IT IS ORDERED** as follows:

   1.  No reply shall be permitted in connection with Hixon's Motion for Attorneys' Fees and Costs. The Motion shall be deemed submitted as of October 18, 2007, and will be considered by the Court (in the event it denies the Motion for New Trial) without oral argument;

   2.  Hixon shall serve and file his Opposition to Defendants' Motion for New Trial or, in the Alternative, Remittitur on or before November 6, 2007. No reply shall be permitted in connection with the Motion; and

   3.  A hearing will be held on the Motion for New Trial or, in the Alternative,

Remittitur, before the undersigned at 8:00 a.m. on November 19, 2007, in Courtroom 1 at the United States Courthouse, 180 East Fifth Street, St. Paul, Minnesota.

Dated: October  19 , 2007                                       s/Richard H. KYle
                                                                RICHARD H. KYLE
                                                                United States District Judge