## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Aljuan C. Hixon,

                Plaintiff,

                                                    Civil No. 06-1548 (RHK/JSM)

v.                                                             **ORDER**

City of Golden Valley, *et al.*,

                Defendants.

---

      This matter is before the Court *sua sponte*. Plaintiff having now filed his Memorandum in Opposition to Defendants Mario Hernandez's and the City of Golden Valley's Motion for New Trial or, in the Alternative, Remittitur, **IT IS ORDERED** as follows:

      1.     Defendants may file a reply memorandum in support of the Motion, not to exceed five pages and addressing only the issues raised in Plaintiff's Memorandum in Opposition, on or before November 13, 2007; and

      2.     The hearing on the Motion currently scheduled for November 19, 2007, at 8:00 a.m. is **CONTINUED** to 9:00 a.m. on November 27, 2007, in Courtroom 1 at the United States Courthouse, 180 East Fifth Street, St. Paul, Minnesota.


Dated: November  7 , 2007                                      s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge