# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Aljuan C. Hixon,

                Plaintiff,

                                                                               Civil No. 06-1548 (RHK/JSM)

v.                                                                               **ORDER**

City of Golden Valley, *et al.*,

                Defendants.

---

       Defendants' Motion to Strike the Affidavit of Linda Loomis and footnote 2 of their

Reply Memorandum in Support of their Motion for New Trial (Doc. No. 162) is **DENIED.**

Dated: November __20__, 2007                          s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                             United States District Judge