AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Aljuan C. Hixon

V.

City of Golden Valley, Dennis Arons, Mario Hernandez, David Kuhnly and Christine McCarville

**JUDGMENT IN A CIVIL CASE**

Case Number:  06-1548 (RHK/JSM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff Aljuan Hixon's Motion for Attorneys' Fees and Costs Under 42 U.S.C. Section 1988 (Doc. No. 139) is **GRANTED IN PART** and **DENIED IN PART** as follows: Plaintiff Aljuan Hixon shall recover of Defendants Mario Hernandez and the City of Golden Valley, jointly and severally, the sum of $458,849.27, comprising $443,707.50 in attorneys' fees and $15,141.77 in costs.

| December 13, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/DHalfman |
| | (By)                                    , Deputy Clerk |

Form Modified:  09/16/04