UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aljuan C. Hixon,

                      Plaintiff,

                                                      Civil No. 06-1548 (RHK/JSM)

v.                                                     **ORDER**

City of Golden Valley, *et al.*,

                      Defendants.

This matter is before the Court on Defendants' Motion to Strike (Doc. No. 162), which the Court previously denied by Order dated November 20, 2007 (Doc. No. 165). All parties having consented to the relief requested in the Motion, **IT IS ORDERED** as follows:

      1.      The Court's November 20, 2007 Order (Doc. No. 165) denying the Motion to Strike is **VACATED**;

      2.      The Motion to Strike (Doc. No. 162) is **GRANTED**; and

      3.      The Clerk of the Court is **DIRECTED** to remove the Affidavit of Linda Loomis (Doc. No. 159) from the docket in this matter. The Clerk of the Court is further **DIRECTED** to remove Defendants' Reply Memorandum (Doc. No. 158) from the docket in this matter and replace it with the Reply Memorandum attached hereto (which was attached as an Exhibit to Defendants' Memorandum in Support of the Motion to Strike).

Dated: December  18 , 2007                           s/Richard H. Kyle
                                                                              RICHARD H. KYLE
                                                                              United States District Judge